1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GERROD L. HERNDON,                        No.  2:16-cv-0473 KJN P

12              Plaintiff,

13         v.                                    ORDER

14    DEPARTMENT OF MENTAL HEALTH,
      et al.,
15
                Defendants.
16

17

18        Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C.

19    § 636(c).  By order filed April 4, 2016, plaintiff was directed to file a certified copy of his prison

20    trust account statement in support of his application to proceed in forma pauperis.  Plaintiff was

21    warned that failure to do so would result in dismissal of this action without prejudice.  (ECF No.

22    7 at 1-2.)  Thirty days from that date have now passed, and plaintiff has not filed the required

23    certified copy of his prison trust account statement, or otherwise responded to the court's order.

24        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

25    See Local Rule 110; Fed. R. Civ. P. 41(b).

26    Dated:  June 1, 2016

27
      /hern0473.trstacct
28
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

                                          1